**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER LEWIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:12-cv-00345-JMS-DKL |
| | ) | |
| CRAIG HANKS, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry and Order Dismissing Action**

A prison disciplinary proceeding identified as No. ISR 12-04-0119, wherein inmate Christopher Lewis was found guilty of violating prison rules by using any unauthorized substance controlled pursuant to the laws of the State of Indiana or possession of drug paraphernalia, resulted in a suspended sanction for the deprivation of a period of earned good time. That suspended sanction, however, was not imposed and no longer can be. Accordingly, the sanction did not lengthen the anticipated duration of Lewis' confinement and the respondent's motion to dismiss [dkt. 8] must be **granted**. *See Cochran v. Buss,* 381 F.3d 637, 640 (7th Cir. 2004) (a suspended sanction of the deprivation of good time qualifies as the deprivation of a protected liberty interest sufficient to trigger the guarantees of due process in *Wolff v. McDonnell,* 418 U.S. 539 (1974)). Lewis opposes this outcome by (1) reasserting that his habeas claims are meritorious, and (2) emphasizing that other, significant sanctions were imposed. The first of these factors is not germane to the outcome if his petition is moot, and the second of these factors does not identify custodial sanctions. *See Mamone v. United States,* 559 F.3d 1209 (11th Cir. 2009); *Virsnieks v. Smith,* 521 F.3d 707, 713 (7th Cir. 2008).

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date:   05/07/2013

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Christopher Lewis
#994548
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

All electronically registered counsel